United States District Court
Southern District of Texas
FILED

MAY 2 6 2010

David J. Bradley, Clerk of Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:                                          §          Case No. ___01-43370___
                                                §
                                                §
                      Debtor(s).                §
                                                §

## Application for Payment of Unclaimed Funds
## and Certificate of Service

1.      I am making application to receive $ __3,190.15__, which was deposited as unclaimed funds on behalf of _____MO-VAC Environmental, Inc._____ (*name of original creditor/debtor*).

2.      Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐    a.      Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐    b.      Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐    c.      Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☒    d.      Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐    e.      Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐    f.      None of the above apply.  As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3.  I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: ___6/24/09___

Applicant's Signature _____
Applicant's Name    A.Glynn Andrews
Address             P.O. Box 2677
                    McAllen, Texas 78502
Phone:  (_956_)  ___631-9121___

Subscribed and sworn before me this 24th day of ___June___ 2009

_Sharon Kay Wernecke_
Notary Public Sharon Kay Wernecke
State of ___Texas___
My commission expires _7/15/10_

Attachments:  1. ___Articles of Incorporation___
              2. ___Certificate of Incorporation___
              3. _____
              4. _____

### Certificate of Service

I certify that on ___6/25/09___ (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
       _____
       _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Trustee
515 Rusk Ave.,
Suite 3516
Houston, 2x 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
P. Schmidt   6-29-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0000 3788 7224

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees  $ 5.71

Sharon

Sharon

Sent To
U.S. Trustee
Street, Apt. No.;
or PO Box No.  515 Rusk Ave. Ste 3516
City, State, ZIP+4  Houston TX 77002

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. attorney
P.O. Box 61129
Houston, 2x. 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0000 3788 7217

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Total Postage & Fees   Sharon

Sent To
U.S. attorney
Street, Apt. No.;
or PO Box No.  P.O. Box 61129
City, State, ZIP+4  Houston, 2x 77208

PS Form 3800, August 2006   See Reverse for Instructions

FILED
In the Office of the
Secretary of State of Texas

JUL 1 7 1991

Corporations Section

## ARTICLES OF INCORPORATION OF

## MO-VAC ENVIRONMENTAL, INC.

### I.

The name of the Corporation is:

MO-VAC ENVIRONMENTAL, INC.

### II.

The period of the duration is perpetual.

### III.

The purpose or purposes for which the corporation is organized are:

The transaction of any and all lawful business for which corporations may be incorporated under the Texas Business Corporation Act, (Art. 3.02, Sec. A, Sub. Sec. 3).

### IV.

The aggregate number of shares which the corporation shall have authority to issue is 1000 shares of common voting stock with the par value of one ($1.00) dollar each.

### V.

The corporation will not commence business until it has received for the issuance of its shares consideration of the value of One Thousand ($1,000.00) Dollars, consisting of money, labor done, or property actually received.

### VI.

The street address of its initial registered office is 5 1/2 miles North McColl Road, (P.O. Box 4078) McAllen, Texas 78504, and the name of its initial registered agent at such address is Nick Tiller.

### VII.

The number of Directors constituting the initial Board of Directors is one (1) and the name and address of the person to serve as Director until the first annual meeting of shareholders or until his successor is elected and qualified is:

| Name | Address |
|------|---------|
| A. Glynn Andrews | P.O. Box 2677<br>McAllen, Texas 78502 |



# The State of Texas

### *SECRETARY OF STATE*

## CERTIFICATE OF INCORPORATION

### OF

MO-VAC ENVIRONMENTAL, INC.
CHARTER #1199595

The undersigned, as Secretary of State of the State of Texas, hereby certifies that Articles of Incorporation for the above corporation duly signed pursuant to the provisions of the Texas Business Corporation Act, have been received in this office and are found to conform to law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the Secretary by law, hereby issues this Certificate of Incorporation and attaches hereto a copy of the Articles of Incorporation.

Issuance of this Certificate of Incorporation does not authorize the use of a corporate name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated _____ JULY 17 _____, 19 91 ____.



John Hannah Jr.

dkb   *Secretary of State*